**Order entered September 17, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

---

**No. 05-20-00192-CR**
**No. 05-20-00194-CR**

---

**HENRY MUNOZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-19-0773 & 2-19-0774**

---

**ORDER**

Before the Court is the State's third motion for extension of time to file its brief. In this and in each of the two prior motions, counsel has given generally similar reasons for extending the State's time in this case, including discovery and plea hearings in what appear to be a consistent and therefore predictable docket of cases. And in each motion, counsel has shared the same detail: "On several occasions, the delay in timely submitting those certificates of conference resulted in the issuance of show-cause orders in the 439th Judicial District Court." We are

unclear why a trial court's repeated show cause orders based on counsel's delays would support a request for an extension of time from this Court.

In any event, counsel has otherwise recited sufficient bases for an extension of time; we **GRANT** the State's September 14, 2020 third motion for extension of time to file its brief and **ORDER** the brief due on or before October 14, 2020.

We trust it will be the last such delay in Mr. Munoz's appeal.

/s/ CORY L. CARLYLE
   JUSTICE